IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.                                                              Criminal No. 4:15CR40003-001

JAIME VEGA

### FINAL ORDER OF FORFEITURE

On May 22, 2015, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, the Bersa, model Thunder, .380 caliber pistol, serial number defaced; and the Phoenix Arms, model HP22, .22 caliber pistol, serial number defaced, were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On July 2, 2015, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed.R.Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 22, 2015, shall become final at this time.

IT IS SO ORDERED this 22nd day of January, 2016.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 22 2016

DOUGLAS F. YOUNG, Clerk
By _____
    Deputy Clerk